IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01662-WYD-BNB

JEFFREY SONDRUP,

Plaintiff,

v.

PATHFINDER INDEMNITY COMPANY LTD., a British Virgin Islands corporation, and
ROBINSON HELICOPTER COMPANY, INCORPORATED, a California corporation,

Defendants.

_____

**ORDER**

_____

This matter is before me on the following:

(1)    **Plaintiff's Unopposed Motion to Join Sondrup Helicopters, LLC As an
Additional Party Plaintiff** [Doc. # 22, filed 1/12/2007] (the "Motion to Add Plaintiff"); and

(2)    **Plaintiff's Unopposed Motion to Amend Complaint** [Doc. # 23, filed
1/12/2007] (the "Motion to Amend").

IT IS ORDERED that the Motion to Add Plaintiff is GRANTED.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED.  The Clerk of the
Court is directed to accept for filing the *Amended Complaint* [Doc. # 23-2].

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the
*Amended Complaint* on or before **January 30, 2007**.

Dated January 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge