IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01662-WYD-BNB

JEFFREY SONDRUP,

    Plaintiff,

v.

PATHFINDER INDEMNITY COMPANY, LTD., A British Virgin Islands Corporation; and ROBINSON HELICOPTER COMPANY, INCORPORATED, A California Corporation,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

This matter is before the Court on the parties Stipulation for Dismissal with Prejudice between the Plaintiff and Defendant Robinson Helicopter Company, Incorporated [#29], filed on January 24, 2007.  After a careful review of the Stipulation and the file, the court concludes that the claims against Defendant Robinson Helicopter Company should be dismissed.

Accordingly, it is

ORDERED that the claims and causes of action asserted against Defendant Robinson Helicopter Company is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:  January 25, 2007.

Case 1:06-cv-01662-WYD-KLM   Document 30   Filed 01/25/07   USDC Colorado   Page 2 of 3


...

BY THE COURT:

_____
Wiley Y. Daniel
U. S. District Judge

_____

## ORDER OF DISMISSAL OF DEFENDANT ALAMO
## TITLE INSURANCE WITHOUT PREJUDICE
_____

The plaintiff has filed a Notice of Dismissal of Corporate Defendant Without Prejudice on May 4, 2001.  The court will treat the Notice of Dismissal as a Motion for Dismissal.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and defendant Alamo Title Insurance should be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).  Accordingly, it is

ORDERED that the Motion for Dismissal of Alamo Title Insurance is GRANTED, and this defendant is DISMISSED WITHOUT PREJUDICE, each party to pay their own costs and attorneys fees.

Dated:  January 25, 2007.

BY THE COURT:

_____
Wiley Y. Daniel
U. S. District Judge