IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01662-WYD-BNB

JEFFREY SONDRUP, and
SONDRUP HELICOPTERS, LLC,

Plaintiffs,

v.

PATHFINDER INDEMNITY COMPANY LTD., a British Virgin Islands corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order Entered on November 29, 2006** [docket no. 33, filed February 22, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

     Expert Witness Disclosures:
          The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 2, 2007**;

          The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 2, 2007**;

     Discovery Cut-off:          **June 8, 2007**.

DATED: February 23, 2007