IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01662-WYD-BNB

JEFFREY SONDRUP, and
SONDRUP HELICOPTERS, LLC,

Plaintiffs,

v.

PATHFINDER INDEMNITY COMPANY LTD., a British Virgin Islands corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Second Unopposed Motion to Amend Scheduling Order Entered on November 29, 2006 as Amended on February 23, 2007** [docket no. 39, filed March 30, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> Expert Witness Disclosures:
> > The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2007**;
>
> > The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 16, 2007**;
>
> Discovery Cut-off:              **June 29, 2007**;
> Dispositive Motion Deadline:    **June 29, 2007**.

DATED:  March 30, 2007