

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01662-WYD-BNB | Date: July 19, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

JEFFREY SONDRUP,                                        R. Criag Ewing
SONDRUP HELICOPTER, LLC,

        Plaintiffs,

v.

PATHFINDER INDEMNITY COMPANY LTD.,        Donald Lawrence Jr.

        Defendant.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:        8:34 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion to compel discovery (6/11/07 #43) is granted in part and denied in part for reasons stated on the record. Defendant's discovery responses are due on or before August 1, 2007.**

Court in Recess        8:59 a.m.        Hearing concluded.

Total time in court:        00:25