IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01662-WYD-BNB

JEFFREY SONDRUP,

Plaintiff,

v.

PATHFINDER INDEMNITY COMPANY LTD., a British Virgin Islands corporation,

Defendants.
_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion to Compel Discovery** [Doc. # 43, filed 6/11/2007] (the "Motion to Compel").

I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART; DENIED IN PART; and DENIED IN PART AS MOOT as follows:

(1) GRANTED to require responses to Interrogatories No. 8 and 10;

(2) DENIED with respect to Production Requests No. 11 and 16; and

(3) DENIED AS MOOT in all other respects.

IT IS FURTHER ORDERED that the defendant shall provide to the plaintiff a privilege log identifying all documents withheld on a claim of privilege.

IT IS FURTHER ORDERED that the defendant shall make supplemental discovery and otherwise comply with this order on or before **August 1, 2007**.

Dated July 19, 2007.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge