IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01662-WYD-KLM

JEFFREY   SONDRUP, and
SONDRUP HELICOPTERS, LLC.,

    Plaintiff(s),

v.

PATHFINDER INDEMNITY COMPANY, LTD.,

    Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on the Parties' **Joint Motion for Modification of Scheduling Order Entered on August 28, 2007** [Docket No. 66; filed August 27, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** and the Scheduling Order is modified as follows:

    The parties shall complete all discovery and preservation of testimony depositions on or before October 30, 2007.

Dated:  September 12, 2007