IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01662-WYD-KLM

JEFFREY SONDRUP,

    Plaintiff,

v.

PATHFINDER INDEMNITY COMPANY, LTD., A British Virgin Islands Corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed December 22, 2008).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs.

Dated:  December 23, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge